UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PATRICIA A. FOX,

                        Plaintiff,

   - vs -

THE COUNTY OF YATES,
SHERIFF RONALD G. SPIKE, both individually and in his
    official capacity as Sheriff of Yates County,
UnderSheriff JOHN C. GLEASON, both individually and in
    his official capacity as UnderSheriff Yates County,
    and
LIEUTENANT CLAY RUGAR, both individually and in his
    official capacity as Jail Administrator of the Yates
    County Jail,

                        Defendants.

**NOTICE OF APPEARANCE**

Case No. 10-cv-6020 T

---

       **PLEASE TAKE NOTICE** that Beverley S. Braun, Esq. of **JAECKLE FLEISCHMANN & MUGEL, LLP**, 12 Fountain Plaza, Buffalo, New York 14202-2292, hereby appears on behalf of Defendants **THE COUNTY OF YATES, SHERIFF RONALD G. SPIKE, UNDERSHERIFF JOHN C. GLEASON,** and **LIEUTENANT CLAY RUGAR** ("Defendants") in the above-captioned matter, having been retained by Defendants.

DATED:  Buffalo, New York
              February 23, 2010

                                              /s/ Beverley S. Braun
                                             Beverley S. Braun, Esq.
                                             JAECKLE FLEISCHMANN
                                             & MUGEL, LLP
                                             *Attorneys for Defendants*
                                             12 Fountain Plaza
                                             Buffalo, New York 14202-2292
                                             Telephone:  (716) 856-0600
                                             Fax:  (716) 856-0432
                                             bbraun@jaeckle.com

1007829