UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PATRICIA A. FOX,

          Plaintiff,

  -vs-

THE COUNTY OF YATES,
SHERIFF RONALD G. SPIKE, both individually and
    in his official capacity,
UNDERSHERIFF JOHN C. GLEASON, both
    individually and in is his official capacity, and
LIEUTENANT CLAY RUGAR, both individually
    and in his official capacity as Jail
    Administrator of the Yates County Jail,

          Defendants.

**NOTICE OF MOTION**

Civil Action No.: 10-cv-6020(T)

**PLEASE TAKE NOTICE THAT,** defendants The County of Yates, Sheriff Ronald G. Spike, Undersheriff John C. Gleason and Lieutenant Clay Rugar ("Defendants"), by their attorneys, Jaeckle Fleischmann & Mugel, LLP, respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(6), on a date and time to be determined by the Court, for an order dismissing all claims by Plaintiff Patricia A. Fox.

In support of this motion, Defendants submit the Affidavit of Matthew C. VanVessem, Esq., with accompanying exhibits, and a Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that the moving party intends to file and serve reply papers and, therefore, pursuant to Local Rule 7.1(c), opposing papers, if any, must be filed and served at least eight (8) business days prior to the return date.

DATED:   Buffalo, New York
         March 9, 2010

**JAECKLE FLEISCHMANN & MUGEL, LLP**

By:   /s/ Matthew C. VanVessem
        Matthew C. VanVessem
        Beverly S. Braun
*Attorneys for Defendants*
12 Fountain Plaza
Buffalo, New York  14202-2292
(716) 856-0600
mvanvessem@jaeckle.com
bbraun@jaeckle.com

TO:   Anthony J. LaDuca, Esq.
      LADUCA LAW FIRM, LLP
      *Attorneys for Plaintiff*
      125 State Street, Suite 400
      Rochester, New York   14614
      (585) 454-1000
      Laduca2@rochester.rr.com

1008934

2