**LaDUCA LAW FIRM, LLP**
*ATTORNEYS AND COUNSELORS AT LAW*
**ANTHONY J. LaDUCA, ESQ.**
125 State Street, Suite 400
Rochester, New York 14614

E-Mail Address:  laduca@rochester.rr.com

Direct Line: (585) 454-1000                                                                                   FAX: (585) 327-5050

March 30, 2010

VIA ELECTRONIC MAIL:   telesca@nywd.us.court.gov

Hon. Michael A. Telesca, US District Court Judge
100 State Street
Room 272
Rochester, NY 14614

      RE:   Patricia Fox v. The County of Yates
            Case No. 10-cv-6020 T

Dear Judge Telesca:

This letter will confirm, upon the consent of Matthew VanVessem, Esq., the return date for the Motion to Dismiss scheduled for April 22, 2010 was adjourned to May 6, 2010.

Thank you for your courtesy in this matter.

                                                          Very truly yours,

                                                          LaDUCA LAW FIRM, LLP

                                                          Anthony J. LaDuca

      **SO ORDERED.**

       s/Michael A. Telesca
           Michael A. Telesca
           United States District Judge

AJL/rm
Cc:  Matthew VanVessem, Esq. (mvanvessem@jaeckle.com )