

**Beverley S. Braun**
Associate
Direct: 716.843.3900
bbraun@jaeckle.com

12 Fountain Plaza
Buffalo, NY 14202-2292
Tel: 716.856.0600
Fax: 716.856.0432

April 30, 2010

**VIA ELECTRONIC MAIL**: telesca@nywd.uscourts.gov

Hon. Michael A. Telesca
United States District Court Judge
Western District of New York
100 State Street
Room 272
Rochester, New York 14614

> Re: Fox v. County of Yates, *et al.*
> Case No.: 10-cv-6020(T)

Dear Judge Telesca:

By stipulation of the undersigned, please allow this letter to confirm that the parties have consented to the following:

(1) Plaintiff shall file her cross-motion to amend complaint on or before May 6, 2010;

(2) Defendants shall have until May 26, 2010 to either (a) amend their motion to dismiss or (b) submit an Answer to the Amended Complaint; and

(3) in the event that Defendants elect to amend their motion to dismiss, any responding and/or reply papers shall be due in accordance with the Local Rules of Civil Procedure based upon a new return date established by the Court.

Please be advised that the return date of Defendants' Motion to Dismiss is currently scheduled for May 6, 2010.

Page 2

       Thank you for your continued courtesies in this matter.

**SO STIPULATED:**

| /s/ Anthony LaDuca | /s/ Beverley S. Braun |
|---|---|
| **Anthony LaDuca, Esq.** | **Beverley S. Braun, Esq.** |
| **LaDuca Law Firm, LLP** | **Jaeckle Fleischmann & Mugel, LLP** |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| 125 State Street, Suite 400 | 12 Fountain Plaza, Suite 800 |
| Rochester, New York 14614 | Buffalo, New York 14202 |
| Telephone: (585) 454-1000 | Telephone: (716) 856-0600 |
| laduca@rochester.rr.com | bbraun@jaeckle.com |

**SO ORDERED:**

May 3, 2010          S/ MICHAEL A. TELESCA
                          Michael A. Telesca
                          United States District Judge

BSB\1012446